UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Sarah Buntora )
      Plaintiff(s), )   CASE NO. 1-25-cv 01429
       )
      v. )
Ford Motor Company )
Judge J. Philip Calebrese (INDIVIDUALE )
      Defendant(s). CAPACATY )

**FILED**
JUL 10 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Supplemental Pleading in Support of Civil Rights Complaint. Case No 1:25-CV-01429

Also Requesting issuance of original Summons for Service on Defendants

*Sarah Buntora*