IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SARAH BUNTURA, | CASE NO. 1:25-CV-01429 |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| vs. | |
| FORD MOTOR COMPANY, *et al.* | |
| Defendants. | |

### DEFENDANT FORD MOTOR COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND SUPPLEMENTAL STATEMENT OF PROCEDURAL FACTS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Ford Motor Company ("Ford") hereby moves this Court for an order dismissing Ford from the Complaint and Supplemental Statement of Procedural Facts ("Complaint") filed by *pro se* Plaintiff Sarah Buntura ("Plaintiff"), because it fails to state claims upon which relief may be granted. The reasons supporting this motion are more fully set forth in the accompanying Memorandum in Support.

Respectfully submitted,

*/s/ Joseph C. Devine*
Joseph C. Devine (0065428)
Lauren M. Larrick (0096594)
BAKER & HOSTETLER LLP
200 Civic Center Dr., Suite 1200
Columbus, Ohio 43215
T. 614-228-1541
F. 614.462.2616
jdevine@bakerlaw.com
llarrick@bakerlaw.com

*Attorneys for Defendant Ford Motor Company*

1

**CERTIFICATE OF SERVICE**

This is to certify that on August 5, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, thereby automatically serving all counsel of record. I also certify that a copy of the foregoing has been mailed to Plaintiff at the following address:

Sarah Buntura
4390 Southwick Blvd.
Brunswick, OH 44212

/s/ Joseph C. Devine
Joseph C. Devine

*Attorney for Defendant Ford Motor Company*