# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Sarah Buntura, | Case No. 1:25 CV 1429 |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| Ford Motor Company, | |
| **Defendant.** | **Judgment Entry** |

    For the reasons stated in the Court's Memorandum of Opinion and Order, this action is dismissed. Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith. Furthermore, Plaintiff is enjoined from any additional documents in this case. She is also enjoined from filing any new actions without first seeking and obtaining leave to proceed as set forth in the Court's Memorandum of Opinion and Order.

Date: September 9, 2025

       *s/Pamela A. Barker*
       PAMELA A. BARKER
       U. S. DISTRICT JUDGE